IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEIGHANDRA WARE and §<br>PATRICK ESTRIPLET, §<br>    Plaintiffs, §<br> § | Civil Action No. 3:21-CV-2824-M-BH |
| v. §<br> § | |
| BANK OF AMERICA, §<br>NATIONAL ASSOCIATION et al., §<br>    Defendants. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Bank of America, N.A.'s Motion for Summary Judgment*, filed January 19, 2023 (doc. 24), is **GRANTED.** By separate judgment, all of the plaintiffs' claims against Bank of America, National Association will be **DISMISSED with prejudice.**

**SIGNED** this 18th day of September, 2023.

*[signature: Barbara M G Lynn]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE